THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL M. BIDDISON, Appellant.

*People* v. *Biddison*, 136 App. Div. 525, affirmed.
(Argued October 12, 1910; decided October 28, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 4, 1910, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of forgery in the first degree.

*Alfred Ennis* for appellant.

*Charles S. Whitman, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.